COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIAM DEAN SMITH, | | No. 08-08-00201-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 109th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Winkler County, Texas |
| | § | |
| Appellee. | | (TC # 4744) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion to dismiss filed by the Appellant pursuant to TEX.R.APP.P. 42.2(a). The motion is in compliance with Rule 42.2(a). Accordingly, we grant the motion and dismiss the appeal.

February 5, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Carr, J., not participating

(Do Not Publish)